**Keith Russell JUDD, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 06–5025.

United States Court of Appeals,
Federal Circuit.

Jan. 20, 2006.

*ORDER*

Keith Russell Judd has failed to comply with the court's December 29, 2005 order, and has failed to pay the docketing fee.

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.